# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>ROBOJAP TECHNOLOGIES LLC, a Washington limited liability company; SANDEEP SINGH, an individual; QUATIC SOFTWARE SOLUTIONS PVT. LTD., a foreign company; ANUJ SHARMA, an individual; HITESH KUMAR SACHDEVA, an individual; SUKHMEET SINGH BAINS, an individual; and GUREEN PAWAR, an individual,<br><br>Defendants. | Case No. 2:20-cv-694<br><br>ORDER GRANTING STIPULATION OF PARTIES EXTENDING DEADLINE TO FILE ANSWER, AFFIRMATIVE DEFENSES, AND MOTION TO DISMISS |

## I.    Order

Having received and reviewed the Stipulation of Parties Extending Deadline to File Answer(s), Affirmative Defenses, and Motion(s) Dismiss, the Court hereby GRANTS the Stipulated Motion as follows:

STIPULATION
*Amazon v. Robojap Technologies LLC, et al.* - 1

The deadline to file the Answer(s), Affirmative Defenses, and Motion(s) to Dismiss for all Defendants is now August 12, 2020.

IT IS SO ORDERED.

DONE IN OPEN COURT this 6th day of August, 2020.

Marsha J. Pechman
United States Senior District Judge

MDK LAW

*/s/ Dennis R. Kasimov*

JAMES P. WARE, WSBA No. 36799
DENNIS R. KASIMOV, WSBA No. 51303
MDK Law
777 108th Ave NE, Suite 2000
Bellevue, WA 98004
Telephone: (425) 455-9610
Fax: (425) 455-1170
E-mail: jware@mdklaw.com
E-mail: dkasimov@mdklaw.com
Attorneys for Defendants


DAVIS WRIGHT TREMAINE LLP

*/s/ Tim Cunningham (per email authorization)*

TIM CUNNINGHAM, WSBA # 50224
1300 S.W. Fifth Avenue, Suite 4200
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299
E-mail: timcunningham@dwt.com
Attorneys for Plaintiff