The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC,

                Plaintiff,

v.

ROBOJAP TECHNOLOGIES, LLC et al.,

                Defendants.

No. 2:20-cv-00694-MJP

**JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE**

NOTE ON MOTION CALENDAR:
May 14, 2021 (LCR 9(d)(1))

## JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants Robojap Technologies, LLC, Quatic Software Solutions Pvt. Ltd. ("Quatic Software"), and Sandeep Singh, (collectively "Defendants"), by and through their counsel of record, jointly submit this status report. Following this Court's Order (Dkt. # 57) Denying the Parties' Stipulated Motion to Amend the Case Schedule, the Parties renew their request that the Court enter an amendment to the Order Setting Trial Date and Related Dates (Dkt. # 46) as provided below.

### I. Status Report

The parties have worked diligently to conduct fact discovery in this case. On August 27, 2020, Amazon served Amazon's First Set of Interrogatories and Requests for Production of Documents ("Discovery Requests") on Defendants. *See* Declaration of Tim Cunningham in Support of Joint Status Report and Stipulated Motion to Amend Case Schedule ("Cunningham

JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dec.," Dkt. # 56) ¶ 2. On September 23, 2020, counsel for Defendants requested a two week extension of the Discovery Requests response deadline for the Defendants. Cunningham Dec. ¶ 3. Amazon agreed to the requested extension. *Id.* On October 13, 2020, after an additional request for extension, the Defendants served written responses. Cunningham Dec. ¶ 4.

In response, on November 3, 2020, Amazon sent counsel for Defendants a letter asking them to address perceived deficiencies and produce additional documents. Cunningham Dec. ¶ 5. Over the next several weeks, counsel communicated in an attempt to confer on Amazon's concerns. *Id*. ¶ 6. On December 23, 2020, Defendants supplemented their document production. *Id*.

On January 12, 2021, counsel for Amazon notified Defendants' counsel that the supplemental production did not address all of Amazon's concerns and requested an opportunity to meet and confer. *Id*. ¶ 7. On January 22, 2021, Defendants sent counsel for Amazon a letter in response to Amazon's November 3, 2020 letter. *Id*. ¶ 8. On February 4, 2021 counsel for all parties conferred by video conference. *Id*. ¶ 9. Counsel for Defendants agreed to produce additional documents by February 15, 2021. *Id*. On February 23, 2021, Defendants supplemented their production. *Id*.

On March 1, 2021, Amazon noticed the deposition of Quatic Software pursuant to Fed. R. Civ. Pro 30(b)(6). *Id*. ¶ 10. Counsel for Defendants identified Hitesh Kumar Sachdeva ("Sachdeva") and Gureen Pawar ("Pawar") as Quatic Software's 30(b)(6) witnesses. *Id*. On March 30, 2021, Amazon deposed Pawar. *Id*.

On March 31, 2021, counsel for Amazon emailed counsel for Defendants outlining issued raised during the deposition, including the existence of responsive discovery not produced to Amazon. *Id*. ¶ 11. On April 6, 2021, counsel conferred about the issues raised during the deposition. *Id*. ¶ 12. Following the conferral, Defendants' counsel agreed to supplement their discovery responses and productions, and agreed to an additional 3 hour deposition of Pawar, and a full day deposition of Sachdeva. *Id*. After initially conferring on dates to complete the deposition of Quatic Software in the last two weeks of April, counsel for

JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE- 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Quatic Software notified counsel for Amazon that both Pawar and Sachdeva have tested positive for COVID-19 and require time to quarantine or convalesce before sitting for their depositions. *Id.* ¶ 13. The parties intend to conduct these depositions in May 2021, pending the recovery of the deponents. *Id.*

Since the onset of discovery, Amazon has also served over 15 non-party subpoenas, requesting the production of documents related to this case, including service to Google, Docusign, eMerchantBroker, Visa, Namecheap, Cybersource, Callcentric, Piratel, LogMeIn, Thinq Technologies, Telenegy, Network Merchants, QuickClick, Cloud Technologies, and Smart Home Experts. *Id.* ¶ 14

## II. Proposed Case Schedule

The parties have worked diligently to conduct discovery according to the existing case schedule. Nevertheless, the parties seek additional time to conduct discovery and file dispositive motions (if any). Accordingly, the Parties propose and request that the Court enter an Order amending the case schedule as provided below.

|  | **Prior [Dkt. 46]** | **Proposed** |
|---|---|---|
| Bench Trial Date | December 6, 2021 | No amendment requested |
| Deadline for joining additional parties | October 13, 2020 | No amendment requested |
| Deadline for filing amended pleadings | October 22, 2020 | No amendment requested |
| Reports from expert witness under FRCP 26(a)(2) due | May 10, 2021 | June 14, 2021 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 9, 2021 | July 14, 2021 |
| Discovery completed by | July 9, 2021 | August 13, 2021 |

JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE- 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | August 9, 2021 | September 13, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | November 1, 2021 | No amendment requested |
| Agreed pretrial order due | November 23, 2021 | No amendment requested |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law: | November 23, 2021 | No amendment requested |
| Pretrial conference | November 24, 2021 | No amendment requested |
| Length of Bench Trial | 10 days | No amendment requested |

DATED this 14th day of May, 2021.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiff*<br><br>By *s/ Tim Cunningham*<br>Bonnie E. MacNaughton, WSBA#36110<br>Tim Cunningham, WSBA #50224<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: 206.622.3150<br>Fax: 206.757.7700<br>Email: bonniemacnaughton@dwt.com<br>　　　　timcunningham@dwt.com | MDK LAW<br>*Attorneys for Defendants*<br><br>By *s/James P. Ware*<br>James P. Ware, WSBA #36799<br>Dennis R. Kasimov, WSBA #51303<br>777 108th Ave NE, Suite 2000<br>Bellevue, Washington 98004<br>Phone: 425.455.9610<br>Fax: 425.455.1170<br>Email: jware@mdklaw.com<br>　　　　dkasimov@mdklaw.com |

JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE- 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

The Court has considered and approves the parties' stipulated case schedule.

IT IS SO ORDERED.

DATED this 17th day of May, 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

JOINT STATUS REPORT AND RENEWED STIPULATED MOTION TO AMEND CASE SCHEDULE- 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax