The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROBOJAP TECHNOLOGIES LLC, a Washington limited liability company; SANDEEP SINGH, an individual; QUATIC SOFTWARE SOLUTIONS PVT. LTD., a foreign company; ANUJ SHARMA, an individual; HITESH KUMAR SACHDEVA, an individual; SUKHMEET SINGH BAINS, an individual; and GUREEN PAWAR, an individual,

Defendants.

No. 2:20-cv-00694-MJP

**JOINT STATUS REPORT AND STIPULATED MOTION TO AMEND CASE SCHEDULE**

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants Robojap Technologies, LLC ("Robojap"), Quatic Software Solutions Pvt. Ltd. ("Quatic Software"), and Sandeep Singh ("Singh"), (collectively "Defendants"), by and through their counsel of record, jointly submit this status report and propose and request that the Court enter an amendment to the Order Setting Trail Date and Related Dates (Dkt. # 46) as provided below.

JOINT STATUS REPORT AND
STIPULATED MOTION TO ADJUST
DISCOVERY MOTIONS DEADLINE
*Amazon v. Robojap Technologies LLC, et al.* - 1

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

## I. Status Report

The parties have worked diligently to conduct fact discovery in this case. As set forth in the Parties' original stipulation to amend the case schedule (*See* Dckt. No. 58), the parties have worked together to effectuate discovery but have since encountered delays due to witness's contraction of the COVID-19 virus in India. On June 9, 2021, Amazon noticed the Fed. R. Civ. P. 30(b)(6) deposition of Robojap for June 21, 2021, and the deposition of Singh for June 22, 2021. On June 10, 2021, counsel for Defendants learned that Singh, Robojap's sole director, has been suffering from lingering side effects of a strain of COVID-19 he contracted in India.[1] These side effects prevent Singh from being able to sit for a deposition.[2] On June 11, 2021, counsel for Defendants notified Amazon of Singh's illness and that he would not appear for the noticed depositions and would not be available until mid-July at the earliest. As a result, the parties are, unfortunately, again asking for a minor modification of the case deadlines.

## II. Proposed Case Schedule

The parties have worked diligently to conduct discovery according to the existing case schedule. Nevertheless, the parties seek additional time to conduct discovery. Accordingly, the Parties propose and request that the Court enter an Order amending the case schedule as provided below.

|  | **Prior [Dckt. 59]** | **Proposed** |
|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | July 14, 2021 | July 31, 2021 |
| Discovery completed by | August 13. 2021 | August 27, 2021 |

///
///
///
///

---

[1] Declaration of Sandeep Singh
[2] Id.

JOINT STATUS REPORT AND
STIPULATED MOTION TO ADJUST
DISCOVERY MOTIONS DEADLINE
*Amazon v. Robojap Technologies LLC, et al.* - 2

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

DATED this 22nd day of June 2021

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff*

By *s/ Tim Cunningham*
Bonnie E. MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50224
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
Fax: 206.757.7700
Email: bonniemacnaughton@dwt.com
timcunningham@dwt.com

MDK Law
*Attorneys for Defendants*

By */s/ James P. Ware*
James P. Ware, WSBA #36799
Dennis R. Kasimov, WSBA #51303
MDK Law
777 108th Ave NE, Suite 2000
Bellevue, Washington 98004
Tel.: 425.455.9610
Fax: 425.455.1170
Email: jware@mdklaw.com
dkasimov@mdklaw.com

JOINT STATUS REPORT AND
STIPULATED MOTION TO ADJUST
DISCOVERY MOTIONS DEADLINE
*Amazon v. Robojap Technologies LLC, et al.* - 3

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has considered and approves the parties' stipulated case schedule modifications. |
| 3 | IT IS SO ORDERED. |
| 4 | |
| 5 | DATED this 23rd day of June 2021. |

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

JOINT STATUS REPORT AND
STIPULATED MOTION TO ADJUST
DISCOVERY MOTIONS DEADLINE
*Amazon v. Robojap Technologies LLC, et al.* - 4

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610