UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC,<br><br>               Plaintiff,<br><br>    v.<br><br>ROBOJAP TECHNOLOGIES LLC, et al.,<br><br>               Defendants. | CASE NO. C20-694 MJP<br><br>ORDER DENYING STIPULATED MOTION TO STAY OR TO AMEND CASE SCHEDULE |

This matter comes before the Court on the Parties' Stipulated Motion to Stay or in the alternative to Amend the Case Schedule. (Dkt. No. 76.) The Court has reviewed the Motion and DENIES it.

The Parties seek a stay or amendment to the case schedule to permit them to engage in settlement negotiations and to retain a private mediator. As they should be aware, the Parties are free to negotiate and resolve their dispute as they wish at any time, either directly or through use of a mediator. Absent from the Motion is any explanation from the Parties why they cannot continue to negotiate directly or even engage a mediator without impacting the case schedule.

And because the Court does not require the Parties to mediate, the Court finds no valid basis to stay this matter or extend the case schedule simply to entertain the schedule of a private mediator the Parties have yet to actually retain. Even if the Parties had a specific mediation date set, the Court generally refuses to extend a case schedule or move a trial date to accommodate non-mandatory mediation. Because the Court sets trials near the inception of each case, its trial calendar is fully booked a year out and cannot be altered on the hopes of a settlement. The Court finds an absence of good cause to stay or amend the case schedule and DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 19, 2021.

Marsha J. Pechman
United States Senior District Judge