1  The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBOJAP TECHNOLOGIES LCC, a Washington limited liability company; SANDEEP SINGH, an individual; QUATIC SOFTWARE SOLUTIONS PVT. LTD., a foreign company; ANUJ SHARMA, an individual; HITESH KUMAR SACHDEVA, an individual; SUKHMEET SINGH BAINS, an individual; and GUREEN PAWAR, an individual<br><br>            Defendants. | Case No. 2:20-cv-00694-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR NARROWED EXTENSION OF TIME TO FILE ANSWER AND MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendants Robojap Technologies LLC ("Robojap") and Sandeep Singh ("Singh"), and Plaintiff Amazon.com, Inc. ("Amazon")'s Stipulated Motion for Narrowed Extension of Time to File Answer and Motion for Summary Judgment. Having considered the moving parties' arguments, the Court GRANTS the

ORDER GRANTING STIPULATED MOTION
FOR NARROWED EXTENSION OF TIME TO FILE
ANSWER AND MOTIONS FOR SUMMARY JUDGMENT - 1

Motion and amends the case schedule as follows:

1. The answer to the amended complaint shall be due by no later than September 27, 2021;

2. By no later than October 4, 2021, all dispositive motions must be filed and noted on the motion calendar on the fourth Friday thereafter (see Local Rule 7(d)); and

3. All other case deadlines shall remain the same.

The Clerk is directed to send copies of this Order to the Parties and counsel.

DATED: September 14, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION
FOR NARROWED EXTENSION OF TIME TO FILE
ANSWER AND MOTIONS FOR SUMMARY JUDGMENT - 2