The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROBOJAP TECHNOLOGIES LLC, a
Washington limited liability company;
SANDEEP SINGH, an individual; QUATIC
SOFTWARE SOLUTIONS PVT. LTD., a
foreign company; HITESH KUMAR
SACHDEVA, an individual; and GUREEN
PAWAR, an individual,

Defendants.

No. 20-cv-00694-MJP

STIPULATED PERMANENT
INJUNCTION AS TO
DEFENDANTS ROBOJAP
TECHNOLOGIES LLC AND
SANDEEP SINGH AND ORDER

NOTED FOR CONSIDERATION:
October 27, 2021
*without oral argument*

## STIPULATION

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants Robojap Technologies LLC ("Robojap") and Sandeep Singh ("Singh") (collectively "Settling Parties"), by and through their respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter. Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

//

//

//

//

STIPULATED PERMANENT INJUNCTION (20-cv-00694-MJP) - 1

DATED this 27th day of November, 2021.

Davis Wright Tremaine LLP
*Attorneys for Plaintiff Amazon.com Inc.*

By *s/Bonnie MacNaughton*
Bonnie MacNaughton, WSBA #36110
Tim Cunningham, WSBA #50224
Melina Garcia, WSBA #58036
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206-622-3150
Fax: 206-757-7700
Email: bonniemacnaughton@dwt.com
        timcunningham@dwt.com
        melinagarcia@dwt.com

NOLD MUCHINSKY PLLC
*Attorneys for Defendants*
*Robojap Technologies LLC and Sandeep Singh*

By *s/Brian Muchinsky*
Brian M. Muchinsky, WSBA #31860
Brittany J. Faulkner, WSBA #54457
10500 NE 8th Street, Suite 930
Bellevue, WA 98004
Phone: 425-289-5555
Fax: 888-371-4133
Email: bmuchinsky@noldmuchlaw.com
        bfaulkner@noldmuchlaw.com

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Robojap and Singh, and their respective employees, agents, successors and assigns, and all others in active concert or participation with them, are permanently enjoined and restrained from:

1.      Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2.      Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, social media page, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3.      Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.);

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4.      Registering or using any website domain names that involve trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.);

5.      Engaging in any activity that defrauds individuals into paying money for Amazon services;

6.      Providing any services relating to Amazon products or technology, whether directly or indirectly, including providing payment processing services to Quatic Software Solutions Pvt. Ltd. ("Quatic"), any company controlled by any Quatic director, and any other company purporting to provide (whether actually providing or not) technical support services; and

7.      Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED:  November 12, 2021.


Marsha J. Pechman
United States Senior District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax