UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, | CASE NO. C20-694 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBOJAP TECHNOLOGIES LLC, et al. | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Status Report filed by Plaintiff. (Dkt. No. 117.) The Court hereby ORDERS Plaintiff to file a status report every 90 days from the date of this Minute Order to inform and update the Court as to the status of service on the remaining defendants. The status report must detail the efforts Plaintiff has taken to effectuate service and any other information relevant to the issue of service of process.

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed November 22, 2021.

                        Ravi Subramanian
                        Clerk of Court

                        s/Serge Bodnarchuk
                        Deputy Clerk

MINUTE ORDER - 2