THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>    Plaintiff,<br> v.<br><br>ROBOJAP TECHNOLOGIES LLC, a Washington limited liability company; SANDEEP SINGH, an individual; QUATIC SOFTWARE SOLUTIONS PVT. LTD., a foreign company; ANUJ SHARMA, an individual; HITESH KUMAR SACHDEVA, an individual; SUKHMEET SINGH BAINS, an individual; and GUREEN PAWAR, an individual,<br><br>    Defendants. | NO. 2:20-cv-00694-MJP<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ROBOJAP TECHNOLOGIES LLC AND SANDEEP SINGH |

This matter came before the Court on Nold Muchinsky PLLC's Motion to Withdraw as counsel for Defendants Robojap Technologies LLC and Sandeep Singh. The Court has considered:

1. Defendants' The Motion to Withdraw;

2. Plaintiff's Opposition in response, including any declarations thereto, if any; and

3. Defendants' Reply, including any declarations thereto, if any.

Based on the foregoing and finding compliance with LCR 83.2, the Court hereby Orders that the Motion to Withdraw is GRANTED.

ORDER GRANTING MOTION TO WITHDRAW – 1

Nold Muchinsky PLLC is granted leave to withdraw as counsel for Defendants Robojap Technologies LLC and Sandeep Singh, effective immediately.

Dated this 1st day of December, 2021.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO WITHDRAW – 2