The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

   Plaintiff,

 v.

ROBOJAP TECHNOLOGIES LLC, a Washington limited liability company; SANDEEP SINGH, an individual; QUATIC SOFTWARE SOLUTIONS PVT. LTD., a foreign company; HITESH KUMAR SACHDEVA, an individual; and GUREEN PAWAR, an individual,

   Defendants.

No. 2:20-cv-00694-MJP

STATUS REPORT REGARDING SERVICE ON DEFENDANTS KUMAR AND PAWAR

  Plaintiff Amazon.com, Inc. ("Amazon") provides the following status report regarding service on Defendants Kumar Sachdeva ("Kumar") and Gureen Pawar ("Pawar"). Amazon incorporates by reference its prior status reports, Dkt. Nos. 117, 121, and 122.

  On March 28, 2022, officials at India's Central Authority informed Amazon that Kumar and Pawar could not be located at their last known addresses, which Amazon provided in its Hague Convention service documents. Since then, Amazon has made diligent efforts to identify the whereabouts of Kumar and Pawar, and has continued its efforts to serve them.

  Pursuant to the Court's Order (Dkt. 119), Amazon will file another status report regarding service on Defendants in 90 days or in the event that service is completed before then.

AMAZON STATUS REPORT (2:20-cv-00694-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 17th day of August, 2022.

                                                DAVIS WRIGHT TREMAINE LLP
                                                Attorneys for Amazon.com, Inc.

By *s/ Sarah Anne Baugh*
   Bonnie E. MacNaughton, WSBA #36110
   Tim Cunningham, WSBA #50224
   Sarah Anne Baugh, WSBA #57989
   Melina Garcia, WSBA #58036
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
   Phone: (206) 622-3150
   Fax: (206) 757-7700
   Email: bonniemacnaughton@dwt.com
           timcunningham@dwt.com
           sarahbaugh@dwt.com
           melinagarcia@dwt.com

AMAZON STATUS REPORT (2:20-cv-00694-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## **CERTIFICATE OF SERVICE**

I certify that on August 17, 2022, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system, and will be sent via Federal Express International mail to:

Quatic Software Solutions Pvt. Ltd.
HOUSE NO. 235, HUDA, SECTOR-1 SHAHBAD
KURUKSHETRA HR 136135
IN

Hitesh Kumar Sachdeva
HOUSE NO. 235, HUDA, SECTOR-1 SHAHBAD
KURUKSHETRA HR 136135
IN

Gureen Pawar
HOUSE NO. 235, HUDA, SECTOR-1 SHAHBAD
KURUKSHETRA HR 136135
IN

*s/ Sarah Anne Baugh*
Sarah Anne Baugh

AMAZON STATUS REPORT (2:20-cv-00694-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax